UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIA P. MELLOS, et al.,

    Plaintiffs,

v.                              Case No. 12-12762

PROTECTIVE LIFE INSURANCE COMPANY,
et al.,

    Defendants.
                                      /

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

      During an August 14, 2012 scheduling conference, counsel for the parties agreed to engage in one month of initial documentary discovery in the hope that such discovery may lead to a mutually agreeable settlement. The court informed the parties that it would delay entering a final scheduling order in the case and would schedule a telephonic status conference to determine whether the initial discovery proved fruitful. Accordingly,

      IT IS ORDERED that counsel for the parties are DIRECTED to participate in a telephonic status conference on **September 19, 2012, at 11:00 a.m.** The court will initiate the call.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 20, 2012, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522